UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT PROCTOR, individually,
Plaintiff,

v.

PATRICK BRENNAN, individually,
Defendant.

C.A No.

## COMPLAINT

### INTRODUCTORY STATEMENT

Robert Proctor ("Mr. Proctor") is a business investor who resides in Scituate, Massachusetts. In early 2017, Mr. Proctor was approached by Patrick Brennan ("Mr. Brennan") about a business investment opportunity.  Mr. Proctor believed in the validity of the opportunity and asked for Mr. Brennan to draft paperwork to reflect an investment. Mr. Brennan drafted the investment in the form of a promissory note (the "Note"). Mr. Proctor reviewed and agreed to the terms and both parties executed the note on May 31st, 2017. However, since the date of execution, Mr. Brennan has failed to uphold his own terms of the agreement and has ultimately defaulted on the loan.

### PARTIES

1. Plaintiff, Mr. Proctor, is an individual with a business address at 175 Derby Street, Suite 12, Hingham, MA 02043.

2. Defendant, Mr. Brennan, is an individual with a last and usual address of 2703 West Coast Hwy, Newport Beach, CA 92663.

**JURISDICTION AND VENUE**

3. This Court has original jurisdiction over this complaint pursuant to 28 U.S.C. § 1332 because there is a dispute between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive interests and costs.

4. Venue is appropriate pursuant to 28 U.S.C. §1391 because a substantial part of the events or omissions given rise to the claim occurred in this judicial district.

**FACTS**

5. In Spring of 2017, Mr. Brennan approached Mr. Proctor (collectively hereinafter the "Parties") to discuss an opportunity for a business venture.

6. The Parties ultimately agreed that Mr. Proctor would loan Mr. Brennan money.

7. To reflect the investment, Mr. Brennan drafted a promissory note, attached hereto as Exhibit A ("Note").

8. The Note confirmed that Mr. Proctor would loan Mr. Brennan one hundred and twenty-five thousand ($125,000.00) dollars. Exhibit A, ¶ 1

9. The Note included a payment plan of "consecutive monthly installments of $5,000.00 each commencing on July 1st, 2017 and continuing on the first of each following month with the balancing then owing under this Note being paid on July 1st, 2019." Exhibit A, ¶ 2.

10. Additionally, the Note stated "…if the Borrower defaults in the performance of any obligation under this Note, then the lender may declare the principal amount owing and interest due under this Note at that time to be immediately due and payable." Exhibit A, ¶ 4.

11. Finally, in drafting the Note, Mr Brennan also included terms that afford Mr. Proctor the ability to recoup "all costs, expenses and expenditures including, and without limitation, the complete legal costs incurred by the Lender in enforcing this Note as a result of any default by the Borrower…" Exhibit A, ¶ 5.

12. On June 2, 2017 Mr. Proctor transferred $125,000.00 to Mr. Brennan's account pursuant to the Parties' agreement. Exhibit B, Wire Transfer.

13. Since that date, Mr. Brennan has made a total of two payments.

14. The first payment was made in cash in September 2017 for five thousand ($5,000.00) dollars.

15. The second payment was made in cash in December 2017 for ten thousand ($10,000.00) dollars.

16. As a result, Mr. Brennan is now in default pursuant to the terms of the Note.

17. Mr. Proctor, through his counsel, mailed a demand letter on December 14, 2018. Exhibit C, Demand Letter.

18. From December 2018 through January 2019, Mr. Proctor, through his counsel, and Mr. Brennan exchanged communications in an effort to resolve the matter through a payment plan.

19. On multiple occasions Mr. Brennan stated that he would provide details for a repayment plan.

20. To date, Mr. Brennan has failed to provide any details to a payment plan and has ultimately ceased all communications with Mr. Proctor's counsel.

21. To date, Mr. Brennan has failed to make any additional payments pursuant to the terms of the Note.

22. As a result, Mr. Brennan owes Mr. Proctor a total of one hundred and ten thousand ($110,000.00) dollars plus interest and reasonable costs, including legal fees, for collection.

**CAUSE OF ACTION**
**COUNT I**
**BREACH OF CONTRACT**

23. Mr. Proctor reasserts and realleges the allegations in paragraphs 1 through 22 as if set forth fully herein.

24. Mr. Brennan drafted the Note.

25. The Parties executed the Note.

26. Pursuant to the Note, Mr. Proctor transferred, via wire transfer, one hundred and twenty-five thousand ($125,000.00) dollars to Mr. Brennan.

27. Since the execution of the note, Mr. Brennan has made only two payments totaling fifteen thousand ($15,000.00) dollars.

28. Mr. Brennan breached the Note by failing and refusing to make payments pursuant to the terms of the Note.

29. Despite repeated demands for payment, Mr. Brennan has failed to make any payments and a balance of one hundred and ten thousand ($110,000.00) plus interest and costs remains unpaid.

30. As a result, the Plaintiff, Mr. Proctor, is entitled to all amounts due and owing under the Note.

WHEREFORE, the Plaintiff seeks all outstanding debt, interest accrued thereon, reasonable attorney fees and costs, and all other such relief as the Court deems proper and just.

Respectfully submitted,

ROBERT PROCTOR

By his Attorney,


/s/ Jenifer Pinkham, Esq.
Jenifer Pinkham, Esq. BBO# 658031
PHIFER | PINKHAM, LLC
1900 Crown Colony Drive
Suite 309
Quincy, MA 02169
jpinkham@pandpllc.com
P: 617-409-7409
F: 617-419-1199

Date: March 20, 2019

# EXHIBIT A

# PROMISSORY NOTE

**Borrower:**     Patrick Brennan of 2703 West Coast Hwy, Newport Beach, Ca 92663 (the "Borrower")

**Lenders:**     Robert Proctor of 175 Derby Street, Suite 12, Hingham, Ma 02043 and _12 7IY_ of _JULY 2017_ (collectively and individually the "Lender")

**Principal Amount:**     $125,000.00 USD

1.    FOR VALUE RECEIVED, The Borrower promises to pay to the Lender at such address as may be provided in writing to the Borrower, the principal sum of $125,000.00 USD, with interest payable on the unpaid principal at the rate of 48.00 percent per annum, calculated yearly not in advance.

2.    This Note will be repaid in consecutive monthly installments of $5,000.00 each commencing on July 1st, 2017 and continuing on the first of each following month with the balance then owing under this Note being paid on July 1st, 2019.

3.    At any time while not in default under this Note, the Borrower may pay the outstanding balance then owing under this Note to the Lender without further bonus or penalty.

4.    Notwithstanding anything to the contrary in this Note, if the Borrower defaults in the performance of any obligation under this Note, then the Lender may declare the principal amount owing and interest due under this Note at that time to be immediately due and payable.

5.    All costs, expenses and expenditures including, and without limitation, the complete legal costs incurred by the Lender in enforcing this Note as a result of any default by the Borrower, will be added to the principal then outstanding and will immediately be paid by the Borrower.

6.    If any term, covenant, condition or provision of this Note is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Note will in no way be affected, impaired or invalidated as a result.

7.  This Note will be construed in accordance with and governed by the laws of the Commonwealth of Massachusetts.

8.  This Note will enure to the benefit of and be binding upon the respective heirs, executors, administrators, successors and assigns of the Borrower and the Lender.  The Borrower waives presentment for payment, notice of non-payment, protest and notice of protest.

IN WITNESS WHEREOF the parties have duly affixed their signatures under seal on this 31st day of May, 2017.

**SIGNED, SEALED, AND DELIVERED**
this 31st day of May, 2017.

Patrick Brennan

**SIGNED, SEALED, AND DELIVERED**
this 31st day of May, 2017.

Robert Proctor

## NOTARY ACKNOWLEDGMENT – BORROWER

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF Plymouth

On this 31st day of May 2017, before me, the undersigned notary public, personally appeared Patrick Brennan , proved to me through satisfactory evidence of identification, which were CA Drivers licence , to be the person whose name is signed on the preceding or attached document, and acknowledged that he/she signed it voluntarily for its stated purpose.

Notary Public

Denise Greenwood

(print name)

My commission expires: _____

DENISE ELENA GREENWOOD
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 20, 2023

## NOTARY ACKNOWLEDGMENT - LENDER

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF _Plymouth_

On this 3̶1̶st day of M̶a̶y̶ 2017, before me, the undersigned notary public, personally appeared Robert Proctor and Patrick Brennan, proved to me through satisfactory evidence of identification, which were personally known 3 CA drivers licence, to be the persons whose names are signed on the preceding or attached document, and acknowledged that they signed it voluntarily for its stated purpose.

*[handwritten: 12 July]*



Notary Public

_Denise Greenwood_
(print name)

My commission expires: _____

DENISE ELENA GREENWOOD
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 20, 2023

# EXHIBIT B

User: JODI                eGIFTS           Friday, 8-MAR-2019 14:56:46

Close Window

## Fedwire Payment

| | | | | Debit Charges | | |
|---|---|---|---|---|---|---|
| Payment Date | 02-JUN-2017 | Amount | | Default | BILL | 25.00 |
| Value Date | 02-JUN-2017 | Original | USD 125,000.00 | Override | BILL | 25.00 |
| Sender Ref. | 201706020000721 | Debit | USD 125,025.00 | Additional Charges | | |
| Ref.For Beneficiary | | Paid | USD 125,000.00 | Bill (Debit) | | 0.00 |
| Beneficiary | CUSTOMER | | | Deduct (Credit) | | 0.00 |
| Fedwire Type/Code | 10 00 / CTR | | | Spread Rate/Charges | | |
| | | | | Total Bill Charges | | 25.00 |
| | | | | Total Deduct Charges | | 0.00 |

| Sending Bank | Receiving Bank |
|---|---|
| ROCKLAND TRUST COMPANY | WELLS FARGO BANK, NA |
| ROCKLAND<br>MA | SAN FRANCISCO<br>CA |

| Originator | Beneficiary |
|---|---|
| ROBERT A PROCTOR<br>75 GILSON RD<br>SCITUATE MA 02066-4644 | PATRICK BRENNAN<br>2750 WEST COAST HIGHWAY<br>NEWPORT BEACH CA 92663 |
| Occupation:<br>Currency: USD  Advice: | Occupation:<br>Advice: |

Sender Ref. (Translated)
Ref.For Beneficiary (Translated)

| Delivery | Written |
|---|---|

| BSA | |
|---|---|
| Name | ROBERT A PROCTOR |
| Address | |
| City | |
| State | |
| Zip | |
| Phone | |
| SSN | |
| Identification | Personally Known<br>PK |
| Issuer | PK |
| Expiry Date | |
| Comments | |

Reason for Payment    LOAN TO FAMILY FRIEND

Relationship to Beneficiary

| Rebates | |
|---|---|
| Credit | 0.00 |
| Debit | 0.00 |

| ESN | | Fedwire | | | |
|---|---|---|---|---|---|
| Source | MANUAL ENTRY | IMAD | 20170602 | QMGFT012 | 000826 |
| Institution | ROCKLAND TRUST (RTB) | OMAD | | | |
| Branch | ROCKLAND TRUST - MAIN (001) | | | | |
| Department | HINGHAM (944) | | | | |

| OFAC | No Match Found |
|---|---|
| Pre-Advice | NO |
| Inclearing Check | NO |

Expected Credit/Reference No.    0
Entry Operator / Date    JODI / 02-JUN-2017 11:38:11

| Fraud Matches | | |
|---|---|---|
| Scan | Message | |
| 1 | Account inactivity in days (330) is greater than allowed (180). | |
| 1 | Account open period in days (0) is less than allowed (90). | |
| 1 | Amount for personal domestic transaction (125,000.00) is greater than maximum allowed (25,000.00). | |
| 1 | Maximum total daily debit for personal domestic transaction (125,000.00) is greater than maximum allowed (25,000.00). | |
| 1 | Maximum total monthly debit for personal domestic transaction (125,000.00) is greater than maximum allowed (50,000.00). | |
| 1 | First outbound wire found for this debit/beneficary combination | |

Memo

1. YES 2. NO CUSTOMER VERIFIED THE INSTRUCTIONS VIA TELEPHONE AND KNOWS MR. BRENNAN EXTREMELY WELL.(02-JUN-2017 11:38:11/JODI);
.. VERBALLY CONFIRMED PER BRANCH(02-JUN-2017 11:58:32/CANA);
Travel Rules validation Successful.(02-JUN-2017 11:58:49/SYSTEM)

| Method Of Payment | Fedwire Payment | Queue | FED PAYMENTS COMPLETION QUEUE | | |
|---|---|---|---|---|---|
| Transaction No. | 201706020000721 (B) | Domestic/Foreign | (Domestic) | FATCA Withhold | (Unchecked) |

# EXHIBIT C

# PHIFER | PINKHAM LLC

*Via Certified Mail/Return Receipt Requested*

December 14, 2018

Patrick Brennan
2703 West Coast Highway
Newport Beach, CA 92663

> ### Re:  *Promissory Note – Robert Proctor*
> ### Demand for Payment

Dear Mr. Brennan:

Please be advised that this office represents Robert Proctor of 175 Derby Street, Suite 12, Hingham, MA (hereinafter "Mr. Proctor"). Please consider this letter, and the demand contained herein, as a formal demand for payment on a promissory note (hereinafter the "Note" or "Agreement") executed between you and Mr. Proctor. (See Note enclosed herewith)

On May 31st, 2017, Mr. Proctor and you executed the Note and pursuant thereto Mr. Proctor lent you a sum of One Hundred and Twenty-Five Thousand ($125,000.00) dollars. In early June of 2017 you had received a wire transfer of the $125,000.00 from Mr. Proctor's bank. The terms of this Agreement, drafted by you, called for "consecutive monthly installments of $5,000.00" with the first payment being due on July 1st, 2017. Since this time, you have made no payments pursuant to the terms of the Note. As a result, you are in default.

To date, you have failed to provide Mr. Proctor with any payment and you currently owe our client One Hundred and Thirty-Eight Thousand Nine Hundred and Fifty-One Dollars and Seventy-Six cents ($138,951.76). This debt was calculated using a Twenty (20%) percent annuum interest rate making it compliant under Massachusetts law since the interest rate listed in the Note is usurious. *See* G.L. c. 271 §49. As you are aware from the terms upon default the "Lender," that being Mr. Proctor, may declare the principal amount and interest be immediately due and payable. In addition, Mr. Proctor may pursue all costs and expenses including the reasonable legal costs that Mr. Proctor incurs in enforcing this Promissory note.

Demand is hereby made that you remit payment in full within ten (10) days from the date of receipt of this letter. If payment is not received by this time, Mr. Proctor will be forced to commence legal proceedings to enforce the Note.

Thank you for your anticipated cooperation, and we look forward to hearing from you.

Very truly yours,
Phifer-Pinkham | LLC

Matthew McGann, Esq.

cc: Robert Proctor

# PROMISSORY NOTE

**Borrower:**   Patrick Brennan  of 2703 West Coast Hwy, Newport Beach, Ca 92663 (the "Borrower")

**Lenders:**   Robert Proctor  of 175 Derby Street, Suite 12, Hingham, Ma 02043 and _/2.711_ of _JULY 2017_ (collectively and individually the "Lender")

**Principal Amount:**   $125,000.00 USD

1.   FOR VALUE RECEIVED, The Borrower promises to pay to the Lender at such address as may be provided in writing to the Borrower, the principal sum of $125,000.00 USD, with interest payable on the unpaid principal at the rate of 48.00 percent per annum, calculated yearly not in advance.

2.   This Note will be repaid in consecutive monthly installments of $5,000.00 each commencing on July 1st, 2017 and continuing on the first of each following month with the balance then owing under this Note being paid on July 1st, 2019.

3.   At any time while not in default under this Note, the Borrower may pay the outstanding balance then owing under this Note to the Lender without further bonus or penalty.

4.   Notwithstanding anything to the contrary in this Note, if the Borrower defaults in the performance of any obligation under this Note, then the Lender may declare the principal amount owing and interest due under this Note at that time to be immediately due and payable.

5.   All costs, expenses and expenditures including, and without limitation, the complete legal costs incurred by the Lender in enforcing this Note as a result of any default by the Borrower, will be added to the principal then outstanding and will immediately be paid by the Borrower.

6.   If any term, covenant, condition or provision of this Note is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Note will in no way be affected, impaired or invalidated as a result.

Page 1 of 4

7.  This Note will be construed in accordance with and governed by the laws of the Commonwealth of Massachusetts.

8.  This Note will enure to the benefit of and be binding upon the respective heirs, executors, administrators, successors and assigns of the Borrower and the Lender.  The Borrower waives presentment for payment, notice of non-payment, protest and notice of protest.

IN WITNESS WHEREOF the parties have duly affixed their signatures under seal on this 31st day of May, 2017.

**SIGNED, SEALED, AND DELIVERED**
this 31st day of May, 2017.

Patrick Brennan

**SIGNED, SEALED, AND DELIVERED**
this 31st day of May, 2017.

Robert Proctor

*Promissory Note*                                                      Page 3 of 4

## NOTARY ACKNOWLEDGMENT – BORROWER

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF Plymouth

On this ~~31~~st 12 day of ~~May~~ July 2017, before me, the undersigned notary public, personally appeared Patrick Brennan , proved to me through satisfactory evidence of identification, which were CA Drivers licence , to be the person whose name is signed on the preceding or attached document, and acknowledged that he/she signed it voluntarily for its stated purpose.



Notary Public

Denise Greenwood

(print name)

My commission expires: _____

DENISE ELENA GREENWOOD
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 20, 2023

*Promissory Note*                                                                    Page 4 of 4

## NOTARY ACKNOWLEDGMENT – LENDER

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF Plymouth

On this 31st day of May, 2017, before me, the undersigned notary public, personally appeared Robert
Proctor and Patrick Brennan, proved to me through satisfactory evidence of identification, which were
Personally known 3 CA drivers licence , to be the persons whose names are signed on the preceding or
attached document, and acknowledged that they signed it voluntarily for its stated purpose.

Notary Public

Denise Greenwood
(print name)

My commission expires: _____



DENISE ELENA GREENWOOD
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 20, 2023

Copyright 2002-2017, LegalContracts.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here

✓201a.

Postage
$

Total Postage and Fees
$  0.08

Sent To Patrick Brennan

Street and Apt. No., or PO Box No.

City, State, ZIP+4® Newport Beach CA 92663

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7018 0680 0000 7391 7555

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patrick Brennan
2703 West Coast Highway
Newport Beach, CA 92663

9590 9402 4105 8092 9624 59

2. Article Number *(Transfer from service label)*
7018 0680 0000 7391 7555

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

DEC 22 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt